Exhibit 1

DVD Containing Defendant Allard's Body Cam Footage

To be filed physically with the Clerk of the Northern District of New York