Exhibit 2

DVD Containing Defendant Bechtold's Body Cam Footage

To be filed physically with the Clerk of the Northern District of New York