UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KYLE GOLDSTEIN,

        Plaintiff,

v.

JACOB V. ALLARD, DANIEL A. BECHTOLD, JOHN BARBER, and CITY OF ITHACA,

        Defendants.

**STIPULATION OF DISMISSAL AS TO THE INDIVIDUAL DEFENDANTS**

Case No.: 3:19-cv-00412 (DNH/ML)

Pursuant to FRCP 41 and Local Rule 41.3, it is hereby stipulated by and between plaintiff and his attorneys of record, and defendants and their attorneys of record, that no party hereto is an infant or incompetent, and that this action is dismissed with prejudice as to defendants Jacob V. Allard, Daniel A. Bechtold, and John Barber. Each party shall bear their own costs, attorneys' fees, and expenses.

Dated: November 25, 2019

EDWARD E. KOPKO, LAWYER, PC

By: _/s/ Edward E. Kopko_
Edward E. Kopko, Bar Roll No. 510874
John A. Fitzgerald, Bar Roll No. 303022
308 N. Tioga Street, 2nd Floor
Ithaca, NY 14850
T: 607.269.1300
T: 607.269.7125
ekopko@ithaca.law
jfitzgerald@ithaca.law
jafitzgeraldlaw@gmail.com
*Attorneys for Plaintiff Kyle Goldstein*

GOLDBERG SEGALLA LLP

By: _/s/ Molly M. Ryan_
Molly M. Ryan, Bar Roll No. 516097
5786 Widewaters Parkway
Syracuse, NY 13214-1840
T: 315.413.5400
F: 315.413.5401
E: mryan@goldbergsegalla.com
*Attorneys for Defendants Jacob V. Allard, Daniel A. Bechtold, John Barber, and City of Ithaca*

IT IS SO ORDERED:

_/s/ Miroslav Lovric_
Miroslav Lovric
U.S. Magistrate Judge

Dated: December 3, 2019
       Binghamton, NY

1