UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KYLE GOLDSTEIN,

        Plaintiff,

v.

CITY OF ITHACA,

        Defendant.

**STIPULATION OF DISMISSAL**

Case No.: 3:19-cv-00412 (DNH/ML)

Pursuant to FRCP 41 and Local Rule 41.3, it is hereby stipulated by and between plaintiff and his attorneys of record, and defendant and its attorneys of record, that no party hereto is an infant or incompetent, and that this action is dismissed with prejudice in its entirety. Each party shall bear their own costs, attorneys' fees, and expenses.

Dated: December 27, 2019

EDWARD E. KOPKO, LAWYER, PC

By: _____
Edward E. Kopko, Bar Roll No. 510874
John A. Fitzgerald, Bar Roll No. 303022
308 N. Tioga Street, 2nd Floor
Ithaca, NY 14850
T: 607.269.1300
T: 607.269.7125
ekopko@ithaca.law
jfitzgerald@ithaca.law
jafitzgeraldlaw@gmail.com
*Attorneys for Plaintiff Kyle Goldstein*

GOLDBERG SEGALLA LLP

By: /s/
Molly M. Ryan, Bar Roll No. 516097
5786 Widewaters Parkway
Syracuse, NY 13214-1840
T: 315.413.5400
F: 315.413.5401
E: mryan@goldbergsegalla.com
*Attorneys for Defendant City of Ithaca*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

1

Dated: December 30, 2019